GRAY, Respondent, v. GRAY, Appellant.

(190 N. W. 1015.)

(File No. 5157.    Opinion filed December 12, 1922.)

**Appeal and Error—Briefs—Appeal Deemed Abandoned on Failure to File Brief or Stipulation Extending Time for Filing Within Required Period.**

Where no briefs, stipulations, or other papers have been filed by the appellant within the required period after notice of appeal, the appeal will be deemed abandoned; and the order appealed from will be affirmed.

Appeal from Circuit Court, Brown County; Hon. B. A. Walton, Judge.

Action by Cora R. Gray against Lewis Gray. From an order overruling a demurrer to plaintiff's complaint, the defendant appeals. Affirmed.

*Harkin, Crane & Noll,* of Aberdeen, for Appellant.
*Campbell & Fletcher,* of Aberdeen, for Respondent.

PER CURIAM. On May 26, 1922, notice of appeal was filed in this court in the above-entitled action. By stipulation filed the time for serving and filing appellant's brief was extended to August 1, 1922. Since that date no briefs, stipulations, or other papers have been filed by appellant.

Appellant being in default, the appeal will be deemed abandoned, and the order appealed from will be affirmed.

Note—Reported in 190 N. W. 1015. See American Key-Numbered Digest, Appeal and Error, Key-No. 773(4), 3 C. J. Sec. 1607.